In the Matter of WILLIAM C.B., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JUDY B., Appellant. (Appeal No. 2.) [921 NYS2d 598]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered February 4, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order denied the motion of respondent to vacate the order terminating her parental rights.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of William C.B. (Judy B.)* (83 AD3d 1583 [2011]). Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.